UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
MAR 2 2 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

DONNA M. HARRAH,

    Plaintiff,

v.                                            Civil Action No. 4:12cv26

BANK OF AMERICA, N.A.,

    Defendant.

## AGREED ORDER

CAME NOW Defendant, Bank of America, N.A. ("Bank of America"), by counsel, upon its Motion for an Extension of Time for Defendant, Bank of America, to file responsive pleadings to the Complaint filed by Plaintiff, Donna M. Harrah.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Donna M. Harrah and Bank of America, it is hereby,

ORDERED, ADJUDGED and DECREED that Bank of America's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Bank of America shall be GRANTED an extension of time until on or before April 13, 2012, to file its responsive pleadings, including its Answer, to the Complaint filed by Donna M. Harrah.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 21st day of March, 2012.

_____
United States District Court Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| /s/David N. Anthony | /s/Leonard Anthony Bennett |
| David N. Anthony | Leonard Anthony Bennett |
| Virginia State Bar No. 31696 | Virginia State Bar No. 37523 |
| *Counsel for Bank of America, N.A.* | *Counsel for Plaintiff* |
| TROUTMAN SANDERS LLP | Consumer Litigation Associates |
| 1001 Haxall Point | 763 J Clyde Morris Boulevard, Suite 1A |
| Richmond, Virginia 23219 | Newport News, VA 23601 |
| Telephone: (804) 697-5410 | Telephone: 757-930-3660 |
| Facsimile: (804) 698-5118 | Facsimile: 757-930-3662 |
| Email: david.anthony@troutmansanders.com | Email: lenbennett@cox.net |

#2140297v1