**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

DONNA M. HARRAH,

    Plaintiff,

v.                                      Case No. 4:12cv26

BANK OF AMERICA, N.A.,

    Defendant.

## ORDER

Before the Court is a motion for an extension of time to file responsive pleadings, filed by the defendant on April 13, 2012. ECF No. 7. The motion seeks an extension of time until May 11, 2012, for the defendant to file its response to the complaint. Plaintiff's counsel does not oppose the extension. Accordingly, for good cause shown, the motion is GRANTED. The defendant shall answer or otherwise respond to the complaint on or before May 11, 2012.

IT IS SO ORDERED.

                                          /s/ *signature*
                                  UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
April 23, 2012