UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



DONNA M. HARRAH,

    Plaintiff,

v.                              Civil Action No. 4:12cv26

BANK OF AMERICA, N.A.,

    Defendant.

### AGREED ORDER

    CAME NOW Defendant, Bank of America, N.A. ("Bank of America"), by counsel, upon its Motion for a Further Extension of Time for Defendant, Bank of America, to file responsive pleadings to the Complaint filed by Plaintiff, Donna M. Harrah.

    UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Donna M. Harrah and Bank of America, it is hereby,

    ORDERED, ADJUDGED and DECREED that Bank of America's Motion for a Further Extension of Time be, and hereby is, GRANTED, and it is further,

    ORDERED, ADJUDGED and DECREED that Bank of America shall be GRANTED a further extension of time until on or before June 8, 2012, to file its responsive pleadings, including its Answer, to the Complaint filed by Donna M. Harrah.

    The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 18th day of May, 2012.

                                                            United States District Court Judge

WE ASK FOR THIS:

/s/ David N. Anthony
_____
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Bank of America, N.A.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

SEEN AND AGREED:

/s/ Leonard Anthony Bennett
_____
Leonard Anthony Bennett
Virginia State Bar No. 37523
*Counsel for Plaintiff*
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net

#2156157v1

DAVID N. ANTHONY
804.697.5410 telephone
804.698.5118 facsimile
david.anthony@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, VA  23219
804.697.1200 telephone
troutmansanders.com

May 11, 2012

**BY FEDERAL EXPRESS**

Fernando Galindo, Clerk
United States District Court
  for the Eastern District of Virginia
Newport News Division
U.S. Courthouse
2400 West Avenue
Newport News, VA 23607

Re:   *Donna M. Harrah v. Bank of America, N.A.*
      Civil Action No. 4:12cv26
      Our File No. 200152.000546

Dear Mr. Galindo:

On behalf of defendant, Bank of America, enclosed please find an Agreed Order in regard to the above-referenced matter which has been endorsed by counsel for the parties. I would appreciate your presenting the Order to the Court for entry at your earliest convenience.

Thank you for your attention to this matter, and please do not hesitate to contact me if you have any questions.

Very truly yours,

David N. Anthony

Enclosure
cc:   Leonard A. Bennett, Esq. (via email)
2156553v1

ATLANTA   CHICAGO   HONG KONG   NEW YORK   NEWARK   NORFOLK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC