**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**DONNA M. HARRAH,**

      **Plaintiff,**

v.                                          Civil Action No. 4:12cv26

**BANK OF AMERICA, N.A.,**

      **Defendant.**

### BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Bank of America, N.A. ("Bank of America"), by counsel, submits its Motion to Dismiss the Complaint filed by Plaintiff, Donna M. Harrah ("Plaintiff"). The reasons for Bank of America's Motion are stated fully in the accompanying memorandum in support.

WHEREFORE, Defendant, Bank of America, N.A., respectfully requests this Court enter an Order: (1) granting its Motion to Dismiss; (2) dismissing with prejudice Plaintiff's Complaint; (3) awarding Bank of America its costs, expenses and attorney's fees incurred herein; and (4) awarding Bank of America such further relief as the Court deems appropriate.

                                        **BANK OF AMERICA, N.A.**

                                        By:       /s/Timothy J. St. George
                                                    Timothy J. St. George, Esq.
                                                     Virginia State Bar No. 77349
                                                     *Attorney for Bank of America, N.A.*
                                                     TROUTMAN SANDERS LLP
                                                     1001 Haxall Point
                                                     Richmond, VA 23219
                                                     Telephone: (804) 697-1254
                                                     Facsimile: (804) 697-6013
                                                     E-mail: tim.stgeorge@troutmansanders.com

        David N. Anthony
        Virginia State Bar No. 31696
        *Attorney for Bank of America, N.A.*
        TROUTMAN SANDERS LLP
        1001 Haxall Point
        Richmond, Virginia 23219
        Telephone: (804) 697-5410
        Facsimile: (804) 698-5118
        Email: david.anthony@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Leonard Anthony Bennett
>Consumer Litigation Associates
>763 J. Clyde Morris Boulevard, Suite 1A
>Newport News, VA 23601
>Telephone: 757-930-3660
>Facsimile: 757-930-3662
>Email: lenbennett@cox.net
>*Counsel for Plaintiff*
>
>Susan Mary Rotkis
>Consumer Litigation Associates
>763 J. Clyde Morris Boulevard, Suite 1A
>Newport News, VA 23601
>Telephone: 757-930-3660
>Facsimile: (757) 930-3662
>Email: srotkis@clalegal.com
>*Counsel for Plaintiff*

>/s/Timothy J. St. George
>Timothy J. St. George
>Virginia State Bar No. 77349
>*Attorney for Bank of America, N.A.*
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia  23219
>Telephone:  (804) 697-1254
>Facsimile:   (804) 698-6013
>Email: tim.stgeorge@troutmansanders.com

2164089v1