UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

DONNA M. HARRAH,

    **Plaintiff,**

v.                                            Civil Action No. 4:12cv26

BANK OF AMERICA, N.A. ,

    **Defendant.**

## DEFENDANT BANK OF AMERICA, N.A.'S
## MOTION FOR AN EXTENSION OF TIME

Defendant, Bank of America, N.A. ("Bank of America"), by counsel, pursuant to Fed.R.Civ.P. 6(b)(1) and Local Rule 7(F)(2)(b), files this motion for an extension of time to and including August 6, 2012, within which to file its responsive pleadings to the First Amended Complaint filed by Plaintiff, Donna M. Harrah, and states as follows:

Bank of America's counsel continues to review the allegations of the First Amended Complaint and requires additional time to respond to the same. Bank of America's counsel has communicated with counsel for Plaintiff, Donna M. Harrah, who is agreeable to the requested extension. A proposed Agreed Order has been circulated for endorsement by counsel for Plaintiff, Donna M. Harrah, a copy of which is attached hereto as Exhibit 1.

WHEREFORE, Defendant, Bank of America, N.A., by counsel, hereby requests that the Court enter an Order: (1) granting Bank of America's Motion for an Extension of Time; (2) providing Bank of America with an extension of time to file its responsive pleadings, including its Answer, to the First Amended Complaint until on or before August 6, 2012; and (3) awarding Bank of America such further relief as the Court deems appropriate.

**BANK OF AMERICA, N.A.**

By:/s/David N. Anthony
 David N. Anthony
 Virginia State Bar No. 31696
 *Attorney for Bank of America, N.A.*
 TROUTMAN SANDERS LLP
 1001 Haxall Point
 Richmond, Virginia 23219
 Telephone: (804) 697-5410
 Facsimile: (804) 698-5118
 Email: david.anthony@troutmansanders.com

 Timothy James St. George
 Virginia State Bar No. 77349
 *Attorney for Bank of America, N.A.*
 TROUTMAN SANDERS LLP
 Troutman Sanders Bldg
 1001 Haxall Point
 Richmond, VA 23219
 Telephone: 804-697-1254
 Facsimile: 804-698-6013
 Email: tim.stgeorge@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2012, I electronically filed the foregoing Motion for an Extension of Time with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

    Leonard Anthony Bennett
    Consumer Litigation Associates
    763 J Clyde Morris Boulevard, Suite 1A
    Newport News, VA 23601
    Telephone: 757-930-3660
    Facsimile: 757-930-3662
    Email: lenbennett@cox.net
    *Counsel for Plaintiff*

    Susan Mary Rotkis
    Consumer Litigation Associates
    763 J Clyde Morris Boulevard, Suite 1A
    Newport News, VA 23601
    Telephone: 757-930-3660
    Facsimile: (757) 930-3662
    Email: srotkis@clalegal.com
    *Counsel for Plaintiff*

    /s/ David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Bank of America, N.A.*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

20031268v1