UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



DONNA M. HARRAH,

    Plaintiff,

v.                                  Civil Action No. 4:12cv26

BANK OF AMERICA, N.A.,

    Defendant.

### AGREED ORDER

CAME NOW Defendant, Bank of America, N.A. ("Bank of America"), by counsel, upon its Motion for an Extension of Time for Defendant, Bank of America, to file responsive pleadings to the First Amended Complaint filed by Plaintiff, Donna M. Harrah.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Donna M. Harrah and Bank of America, it is hereby,

ORDERED, ADJUDGED and DECREED that Bank of America's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Bank of America shall be GRANTED a further extension of time until on or before August 6, 2012, to file its responsive pleadings, including its Answer, to the First Amended Complaint filed by Donna M. Harrah.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 20th day of July, 2012.

/s/ *signature*
Arenda L. Wright Allen
United States District Judge

_____
United States District Court Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| */s/ David N. Anthony* | */s/ Leonard Anthony Bennett* |
| David N. Anthony | Leonard Anthony Bennett |
| Virginia State Bar No. 31696 | Virginia State Bar No. 37523 |
| *Counsel for Bank of America, N.A.* | *Counsel for Plaintiff* |
| TROUTMAN SANDERS LLP | Consumer Litigation Associates |
| 1001 Haxall Point | 763 J Clyde Morris Boulevard, Suite 1A |
| Richmond, Virginia 23219 | Newport News, VA 23601 |
| Telephone: (804) 697-5410 | Telephone: 757-930-3660 |
| Facsimile: (804) 698-5118 | Facsimile: 757-930-3662 |
| Email: david.anthony@troutmansanders.com | Email: lenbennett@cox.net |